IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00053-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  SHUN LAMAR BIRCH,

        Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Amended Petition for Writ of Habeas Corpus Ad Prosequendum (filed June 2, 2009) is **GRANTED**.  In accordance therewith, it is

ORDERED that the Clerk of the Court issue said amended writ to the United States Marshal's Service requiring said United States Marshal to produce SHUN LAMAR BIRCH, YOB 1981, before United States Magistrate Court, as soon as practicable, for proceedings and the initial appearance, arraignment, discovery conference and detention hearing upon the charges set forth in the indictment and to hold him at all times in his custody as an agent of the United States of America **until conclusion of the above listed proceedings in the defendant's case, and that thereafter the defendant shall be returned to the institution wherein he is now confined.  This amended writ shall supersede and override any previously ordered writs of *habeas corpus* issued in this case**.

SO ORDERED this 2nd day of June, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE