UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00053-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHUN LAMAR BIRCH,

    Defendant.

**ORDER**

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, August 10, 2009,** and responses to these motions shall be filed by **Friday, August 21, 2009.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, August 28, 2009, at 4:00 p.m. in courtroom A-1002**  It is

FURTHER ORDERED that a 2-day jury trial is set for **Tuesday, September 8, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: July 27, 2009

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel  
                                    Wiley Y. Daniel  
                                    Chief United States District Judge