IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00053-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SHUN LAMAR BIRCH,

    Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus Ad Prosequendum (filed July 28, 2009) is **GRANTED**. In accordance therewith, it is

ORDERED that the Clerk of the Court issue a writ to the United States Marshal's Service requiring said United States Marshal to produce SHUN LAMAR BIRCH, YOB 1981, before this United States District Court for the final trial preparation conference and motions hearing scheduled for August 28, 2009, through the end of trial in the above captioned case, scheduled to begin September 8, 2009, and to hold him at all times in his custody as an agent of the United States of America **until conclusion of the above listed proceedings in the defendant's case, and that thereafter the defendant shall be returned to the institution wherein he is now confined.**

SO ORDERED this 28th day of July, 2009.

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                Chief United States District Judge