IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00053-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  SHUN LAMAR BIRCH,

    Defendant.

## ORDER FOR AMENDED WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Amended Petition for Writ of Habeas Corpus Ad Prosequendum (Doc. # 37 filed August 14, 2009) is **GRANTED**. In accordance therewith, it is

ORDERED that the Clerk of the Court issue the said amended writ to the United States Marshal's Service requiring said United States Marshal to produce SHUN LAMAR BIRCH, YOB 1981, before the United States District Court, as soon as practicable, for the motions hearing scheduled for September 18, 2009 through the end of trial, scheduled to begin on November 16, 2009 upon the charges set forth in the indictment and to hold him at all times in his custody as an agent of the United States of America **until conclusion of the above listed proceedings in the defendant's case, and that thereafter the defendant shall be returned to the institution wherein he is now confined. This amended writ shall supersede and override any previously ordered writs of** *habeas corpus* **issued in this case.**

-2-

SO ORDERED this 14th day of August, 2009.

                                              BY THE COURT:


                                              s/ Wiley Y. Daniel
                                              WILEY Y. DANIEL,
                                              CHIEF UNITED STATES DISTRICT JUDGE