UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00053-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. SHUN LAMAR BIRCH,

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict with a civil jury trial, the trial in this matter will commence on **Tuesday, November 17, 2009, at 9:00 a.m.** instead of November 16, 2009 at 8:30 a.m.

      Dated:  November 12, 2009.