IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  09-cr-00053-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  SHUN LAMAR BIRCH,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus Ad Prosequendum [doc. # 85] is **GRANTED**.  In accordance therewith, it is

ORDERED that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce SHUN LAMAR BIRCH, YOB 1981, before this United States District Court for the sentencing hearing scheduled for March 11, 2010 at 10:00 a.m. upon the charges set forth in the indictment and to hold him at all times in his custody as an agent of the United States of America **until conclusion of the above listed proceedings in the defendant's case, and that thereafter the defendant shall be returned to the institution wherein he is now confined now confined in order to allow the orderly procession of his pending state charges.**

-2-

Dated this 18th day of February, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE